■ In the Matter of JOYCE I. SMITH, Individually and as Parent and Natural Guardian of MONIQUE HENLEY and Another, Infants, Respondent, v ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES et al., Appellants.—Order unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Fallon, J. (Appeal from Order of Supreme Court, Erie County, Fallon, J.—Late Notice of Claim.) Present—Callahan, J. P., Green, Pine, Boehm and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MUHAMMED BASHAR, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Memorandum: County Court did not abuse its discretion by denying defendant's motion to withdraw his guilty plea (see, People v Brown, 177 AD2d 460, lv denied 79 NY2d 944). We decline to modify defendant's sentence in the interest of justice. We have examined the remaining issues raised in defendant's pro se brief and find them lacking in merit. (Appeal from Judgment of Monroe County Court, Maloy, J.—Assault, 2nd Degree.) Present—Denman, P. J., Boomer, Lawton, Fallon and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MUHAMMED BASHAR, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same Memorandum as in People v Bashar ([appeal No. 1] 186 AD2d 1003 [decided herewith]). (Appeal from Judgment of Monroe County Court, Maloy, J.—Manslaughter, 2nd Degree.) Present—Denman, P. J., Boomer, Lawton, Fallon and Doerr, JJ.